IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-50320
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

ROBERT SALAS,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-01-CR-423-ALL
--------------------
December 12, 2002

Before JOLLY, JONES, and CLEMENT, Circuit Judges.

PER CURIAM:*

    Robert Salas appeals from his guilty-plea conviction for
possession with intent to distribute heroin and for being a felon
in possession of a firearm.  Salas challenges the
constitutionality of 18 U.S.C. § 922(g)(1), which prohibits a
convicted felon from possessing a firearm.  Salas concedes that
his argument is foreclosed by this court's precedent and that he

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

is raising this argument to preserve it for possible Supreme Court review.

Salas's arguments challenging his conviction are indeed foreclosed.  See United States v. Daugherty, 264 F.3d 513, 518 (5th Cir. 2001), cert. denied, 534 U.S. 1150 (2002); United States v. De Leon, 170 F.3d 494, 498-99 (5th Cir. 1999); United States v. Kuban, 94 F.3d 971, 973 (5th Cir. 1996); United States v. Rawls, 85 F.3d 240, 242-43 (5th Cir. 1996).  Accordingly, the district court's judgment is AFFIRMED.